United States Court of Appeals
Fifth Circuit

**F I L E D**

April 21, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41146
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE FRANCISCO GONZALEZ-ARZOLA,
also known as Jose Francisco Gonzalez,
also known as Jose Angel Gonzalez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-460-1
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Jose Francisco Gonzalez-Arzola appeals his guilty-plea
conviction for illegal reentry into the United States following a
nonaggravated felony conviction in violation of 8 U.S.C. § 1326.
Gonzalez argues that the sentencing provisions of 8 U.S.C.
§ 1326(b)(1) and (2) are unconstitutional in light of <u>Apprendi v.
New Jersey</u>, 530 U.S. 466 (2000). Gonzalez acknowledges that his
argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review.  Apprendi did not overrule Almendarez-Torres.  See Apprendi, 530 U.S. at 489-90; United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000).  Accordingly, the judgment of the district court is affirmed.